IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH SANDERS, SR., *et al.,* ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO.: 2:04-cv-757-F |
| ) | (LEAD CASE) |
| CITY OF UNION SPRINGS, *et al.,* ) | |
| ) | |
| DEFENDANTS. ) | (WO - Recommended for Publication)1+ |
| | |
| SABRINA KENDRICK, as mother and ) | |
| next friend of L.C., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.: 2:04-cv-758-F |
| ) | (MEMBER CASE) |
| CITY OF UNION SPRINGS, *et al.,* ) | |
| ) | |
| DEFENDANTS. ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in these consolidated actions pursuant to 42 U.S.C. § 1983, judgment is ENTERED in favor of Defendants Kenneth Johnson, E.L. Love, the City of Union Springs and against Plaintiffs Sabrina Kendrick, as Mother and Next Friend of L.C., Kenneth Sanders, Tina Sanders, and Kenneth Sanders, Jr., with Plaintiffs taking nothing by their claims.

(2) Plaintiffs' remaining state-law claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367.

(2) Costs are TAXED in favor of Defendants against Plaintiffs for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close these cases.

DONE this 18th day of November, 2005.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE